UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEPHEN FLOOD, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.                                                    CASE NO. 2:20-cv-00623-JLB-NPM

FIRST FAMILY INSURANCE, INC.,
and JASON MARRA,

    Defendants.
_____

## ORDER

    The Plaintiff announces a settlement.  (Doc. 12.)  Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days to (1) submit a stipulated form of final order or judgment, or (2) move to vacate the dismissal for good cause.  The clerk is directed to close the case.

    ORDERED in Fort Myers, Florida, on October 15, 2020.

*[signature]*

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**